# EXHIBIT 2

## IN THE DISTRICT COURT OF WASHITA COUNTY
## STATE OF OKLAHOMA

VALERIE EAKINS, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.

WHALECO INC. DBA TEMU,

      Defendant.

Case No. CJ-2023-21

CLASS ACTION

(JURY TRIAL DEMANDED)

**FILED**
DISTRICT COURT
Washita County, Okla

JUN 1 2 2023

LYNDA VERMILLION COURT CLERK
BY: _____

DEPUTY

## <u>MOTION TO ASSOCIATE COUNSEL</u>

Plaintiff Valerie Eakins hereby moves the Court for an Order permitting Frank Hedin to

practice in the above styled and numbered cause pursuant to the Rules Creating and Controlling the

Oklahoma Bar Association, 5 O.S. Ch. 1, App.1, Art. II. This Motion is supported by the

attached "Signed Application" (Exhibit 1), "Certificate of Good Standing (Exhibit 2), and the

"Certificate of Compliance" from the Oklahoma Bar Association (Exhibit 3).

Dated this _____9 +h_____ day of June, 2023.

Respectfully Submitted,

Kathy R. Neal, OBA #674
McAFEE & TAFT, P.C.
Williams Center Tower II
Two W. Second Street, Suite 11200
Tulsa, Oklahoma 74103
Telephone: 918-587-0000
Facsimile: 918-599-9317
kathy.neal@mcafeetaft.com

**ATTORNEY FOR PLAINTIFF**

# APPLICATION



OUT OF STATE ATTORNEY REGISTRATION

__Frank__          __Salisbury__          __Hedin__    , Applicant, respectfully represents:
First Name       Middle Name       Last Name

1. Applicant is an attorney at law and a member of the law firm of _____

    __Hedin Hall LLP__

Applicant's mailing address is   __1395 Brickell Ave., Ste 1140__
                                                              Mailing Address
__Miami__                          , __Miami-Dade__,  __FL__   __33131__           ,
City                                          County       State          Zip Code
( __305__ ) __357-2107__      , ( __786__ ) __559-4352__      , ( __305__ )   __200-8801__       ,
Telephone   (Firm)          Telephone (Applicant's Direct Dial)      Fax (Applicant)

__fhedin@hedinhall.com__    .
E-mail Address (Applicant)

2.   Applicant is admitted to practice and is a member in good standing
(certificates of good standing attached) of the bar(s) of the highest state court(s)
of the following state(s):

| State | Date of Admission |
| --- | --- |
| Florida | April 30, 2014 |
| California | September 20, 2013 |

3. Applicant is admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United
States, and/or other tribunals on the dates indicated for each, and is presently a
member in good standing of the bars of said courts:

| Tribunal | Date of Admission |
| --- | --- |
| See Exhibit A attached. | |



4.  Have you ever been suspended or disbarred in any court except as hereinafter provided (Give particulars; e.g. court, jurisdiction, date): __No.__

5.  Are you currently subject to any pending disciplinary proceedings by any organization with authority to discipline attorneys at law except as hereinafter provided (Give particulars; e.g. court, discipline authority, date, status): __No.__

6.  Have you ever received public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law except as hereinafter provided (Give particulars; e.g. court, discipline authority, type of discipline, date, status): __No.__

7.  Have you ever had any certificate or privilege to appear and practice before any regulatory or administrative body suspended or revoked except as hereinafter provided (Give particulars; e.g. administrative body, date, status of suspension or reinstatement):    No.

8.  Applicant seeks admission to practice in the State of Oklahoma in the following matter (give particulars; e.g. caption of case, court or agency, type of matter, party to be represented): **Note - A separate application is to be submitted for each matter in which the applicant seeks admission!**

Valerie Eakins, individually and an on behalf of all others similarly situated,

Plaintiff v. Whaleco, Inc. dba TEMU, Defendant

Washita County; CJ-2023-21

Type of Case:  Class Action

Represent Plaintiff

9.    The Oklahoma Bar Association member who is counsel of record for Applicant in this matter is:

| Kathy | R. | Neal | 674 |
|---|---|---|---|
| First Name | Middle Name | Last Name | O.B.A. Number |

| Two W. 2nd Street, Suite 1100 | Tulsa | OK | 74103 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

| (918) 587-0000 | (918) 599-9317 | kathy.neal@mcafeetaft.com |
|---|---|---|
| Telephone Number | Fax Number | E-mail Address |

10.    The following accurately represents the names of each party in this matter and the names and addresses of each counsel of record who appear for that party:

| Party Name | Counsel Name | Address of Counsel |
|---|---|---|
| Valerie Eakins | Kathy R. Neal | McAfee & Taft, P.C. |
| | | Two W. 2nd Street |
| | | Suite 1100 |
| | | Tulsa, OK 74103 |

Whaleco, Inc. dba Temu: Counsel has not entered an appearance yet.

11.    Applicant certifies that he/she shall be subject to the jurisdiction of the courts and disciplinary boards of this state with respect to the laws of this state governing the conduct of attorneys to the same extent as a member of the Oklahoma Bar Association.

12.    Applicant understands and shall comply with the standards of professional conduct required of members of the Oklahoma Bar Association.

13.    Applicant has disclosed in writing to the client that the Applicant is not admitted to practice in this jurisdiction and the client has consented to such representation.

I, _____Frank S. Hedin_____, do hereby swear/affirm under penalty of perjury that the assertions of this application are true:

I am the Applicant in the above referenced matter; I have read the foregoing and know the contents thereof; the same is true of my own knowledge except as to those matters therein stated on information and belief, and as to those matters I believe them to be true.

I further certify that I am subject to the jurisdiction of the Courts and disciplinary boards of this state with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the Oklahoma Bar Association; I understand and shall comply with the standards of professional conduct required by members of the Oklahoma Bar Association; and that I am subject to the disciplinary jurisdiction of the Oklahoma Bar Association with respect to any of my actions occurring in the course of such appearance.

DATED this __29th__ day of __May_____, __2023__.

_____
Applicant

Mail with check or money order (payable to the OBA) to:

     Out-of-State Attorney Registration
     Oklahoma Bar Association
     P.O. Box 53036
     Oklahoma City, OK   73152-3036

Form 200B

**EXHIBIT A**

| | |
|---|---|
| U.S. District Court, Southern District of Florida | 07/02/2014 |
| U.S. District Court, Middle District of Florida | 01/31/2019 |
| U.S. District Court, Northern District of California | 10/02/2014 |
| U.S. District Court, Central District of California | 07/07/2014 |
| U.S. District Court, Southern District of California | 04/27/2018 |
| U.S. District Court, Eastern District of California | 04/15/2019 |
| U.S. District Court, Western District of Wisconsin | 05/03/2016 |
| U.S. District Court, Western District of Michigan | 10/09/2018 |
| U.S. District Court, Eastern District of Michigan | 06/21/2019 |
| U.S. Court of Appeals, Second Circuit | 08/22/2017 |
| U.S. Court of Appeals, Seventh Circuit | 01/25/2018 |
| U.S. Court of Appeals, Ninth Circuit | 03/10/2021 |



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re: 0109698
Frank S. Hedin
Hedin Hall LLP
1395 Brickell Ave Ste 1140
Miami, FL 33131-3353

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 30, 2014**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this __15th__ day of **May, 2023**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-228629





# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

May 15, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, FRANK S. HEDIN, #291289 was admitted to the practice of law in this state by the Supreme Court of California on September 20, 2013 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records



# Certificate of Compliance

### Oklahoma Bar Association
1901 North Lincoln Boulevard
Post Office Box 53036
Oklahoma City, Oklahoma 73152-3036

The Oklahoma Bar Association, in response to the application of out-of-state attorney, submits the following certificate pursuant to 5 O.S. Ch.1 App.1, Art. II

1.    Applicant has submitted a signed application of out-of-state attorneys, certificate(s) of good standing, and the non-refundable application fee pursuant to the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S. Ch. 1, App. 1, Art. II.

2.    Date of Application: **June 5, 2023**

3.    Application Number: **2023-289**

4.    Applying Attorney:    **Frank Salisbury Hedin**
**Hedin Hall LLP**
**1395 Brickell Ave., Ste. 1140**
**Miami, FL 33131**

5.    The Application was: **GRANTED**

Dated this **5th** day of **June**, 20**23**.



Gina L. Hendryx, General Counsel
Oklahoma Bar Association



Form 400C