# EXHIBIT 3

IN THE DISTRICT COURT OF WASHITA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| VALERIE EAKINS, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WHALECO INC. DBA TEMU,<br><br>　　Defendant. | Case No. CJ-23-21<br><br>CLASS ACTION<br><br>(JURY TRIAL DEMANDED) |

FILED
DISTRICT COURT
Washita County, Okla.

JUN 12 2023

LYNDA VERMILLION COURT CLERK
BY: _____
　　　　　　　　DEPUTY

## MOTION TO ASSOCIATE COUNSEL

Plaintiff Valerie Eakins hereby moves the Court for an Order permitting Edwin Powell Miller to practice in the above styled and numbered cause pursuant to the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S. Ch. 1, App.1, Art. II. This Motion is supported by the attached "Signed Application" (Exhibit 1), "Certificate of Good Standing (Exhibit 2), and the "Certificate of Compliance" from the Oklahoma Bar Association (Exhibit 3).

　　　　Dated this 9th day of June, 2023.

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　_____
　　　　　　　　　　　　Kathy R. Neal, OBA #674
　　　　　　　　　　　　MCAFEE & TAFT, P.C.
　　　　　　　　　　　　Williams Center Tower II
　　　　　　　　　　　　Two W. Second Street, Suite 11200
　　　　　　　　　　　　Tulsa, Oklahoma 74103
　　　　　　　　　　　　Telephone: 918-587-0000
　　　　　　　　　　　　Facsimile: 918-599-9317
　　　　　　　　　　　　kathy.neal@mcafeetaft.com

　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

# APPLICATION



OUT OF STATE ATTORNEY REGISTRATION

<u>Edwin</u>         <u>Powell</u>         <u>Miller</u>        , Applicant, respectfully represents:
First Name    Middle Name    Last Name

1. Applicant is an attorney at law and a member of the law firm of _____

The Miller Law Firm, P.C.
_____

Applicant's mailing address is  950 W. University Drive, Suite 300
                                           Mailing Address

<u>Rochester</u>        , <u>Oakland</u>     , <u>MI</u>  , <u>48307</u>
City              County      State   Zip Code

( 248 ) 841-2200         , (     )                              , ( 248 )  652-2852
Telephone (Firm)     Telephone (Applicant's Direct Dial)   Fax (Applicant)

epm@millerlawpc.com
E-mail Address (Applicant)

2. Applicant is admitted to practice and is a member in good standing (certificates of good standing attached) of the bar(s) of the highest state court(s) of the following state(s):

| State | Date of Admission |
|---|---|
| Michigan | 11/24/1986 |
|  |  |
|  |  |

3. Applicant is admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or other tribunals on the dates indicated for each, and is presently a member in good standing of the bars of said courts:

| Tribunal | Date of Admission |
|---|---|
| USDC Eastern District of Michigan | 3/30/1987 |
| USDC Western District of Michigan | 4/29/2002 |
| Sixth Circuit Court of Appeals | 6/13/1989 |
| Third Circuit Court of Appeals | 1/3/2007 |



4. Have you ever been suspended or disbarred in any court except as hereinafter provided (Give particulars; e.g. court, jurisdiction, date): _____

No

5. Are you currently subject to any pending disciplinary proceedings by any organization with authority to discipline attorneys at law except as hereinafter provided (Give particulars; e.g. court, discipline authority, date, status): _____

No

6. Have you ever received public discipline including, but not limited to, suspension or disbarment, by any organization with authority to discipline attorneys at law except as hereinafter provided (Give particulars; e.g. court, discipline authority, type of discipline, date, status):_____

No

7. Have you ever had any certificate or privilege to appear and practice before any regulatory or administrative body suspended or revoked except as hereinafter provided (Give particulars; e.g. administrative body, date, status of suspension or reinstatement):
No

8. Applicant seeks admission to practice in the State of Oklahoma in the following matter (give particulars; e.g. caption of case, court or agency, type of matter, party to be represented): **Note - A separate application is to be submitted for each matter in which the applicant seeks admission!**

Valerie Eakins, individually and on behalf of all other similarly situated, Plaintiff,

vs. Whaleco, Inc. dba TEMU, Defendant

Washita County - CJ-2023-21

Type of Case:   Class Action

Represent Plaintiff

9. The Oklahoma Bar Association member who is counsel of record for Applicant in this matter is:

| Kathy | R. | Neal | 674 |
|---|---|---|---|
| First Name | Middle Name | Last Name | O.B.A Number |

| 2 West 2nd Street, Suite 1100 | Tulsa | OK | 74103 |
|---|---|---|---|
| Mailing Address | City | State | Zip Code |

| (918) 587-0000 | (918) 574-3120 | kathy.neal@mcafeetaft.com |
|---|---|---|
| Telephone Number | Fax Number | E-mail Address |

10. The following accurately represents the names of each party in this matter and the names and addresses of each counsel of record who appear for that party:

| Party Name | Counsel Name | Address of Counsel |
|---|---|---|
| Valerie Eakins | Kathy R. Neal | McAfee & Taft, P.C. |
| | | Two W. 2nd Street |
| | | Suite 1100 |
| | | Tulsa, OK  74103 |
| Whaleco, Inc. d/b/a TEMU | Counsel has not entered appearance yet. | |

11. Applicant certifies that he/she shall be subject to the jurisdiction of the courts and disciplinary boards of this state with respect to the laws of this state governing the conduct of attorneys to the same extent as a member of the Oklahoma Bar Association.

12. Applicant understands and shall comply with the standards of professional conduct required of members of the Oklahoma Bar Association.

13. Applicant has disclosed in writing to the client that the Applicant is not admitted to practice in this jurisdiction and the client has consented to such representation.

I, __E. Powell Miller_____, do hereby swear/affirm under penalty of perjury that the assertions of this application are true:

I am the Applicant in the above referenced matter; I have read the foregoing and know the contents thereof; the same is true of my own knowledge except as to those matters therein stated on information and belief, and as to those matters I believe them to be true.

I further certify that I am subject to the jurisdiction of the Courts and disciplinary boards of this state with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the Oklahoma Bar Association; I understand and shall comply with the standards of professional conduct required by members of the Oklahoma Bar Association; and that I am subject to the disciplinary jurisdiction of the Oklahoma Bar Association with respect to any of my actions occurring in the course of such appearance.

DATED this __10th__ day of ____May_____, __2023__.

*E Powell Miller*
_____
Applicant

Mail with check or money order (payable to the OBA) to:

Out-of-State Attorney Registration
Oklahoma Bar Association
P.O. Box 53036
Oklahoma City, OK  73152-3036

Form 200B





# Certificate of Compliance
## Oklahoma Bar Association
1901 North Lincoln Boulevard
Post Office Box 53036
Oklahoma City, Oklahoma 73152-3036

The Oklahoma Bar Association, in response to the application of out-of-state attorney, submits the following certificate pursuant to 5 O.S. Ch.1 App.1, Art. II

1. Applicant has submitted a signed application of out-of-state attorneys, certificate(s) of good standing, and the non-refundable application fee pursuant to the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S. Ch. 1, App. 1, Art. II.

2. Date of Application: **June 5, 2023**

3. Application Number: **2023-277**

4. Applying Attorney:  **Edwin Powell Miller**
   **The Miller Law Firm, P.C.**
   **950 W. University Drive, Suite 300**
   **Rochester, MI 48307**

5. The Application was: **GRANTED**

Dated this **5**th day of **June**, 20**23**.



Gina L. Hendryx, General Counsel
Oklahoma Bar Association



Form 400C