# EXHIBIT 4

## IN THE DISTRICT COURT OF WASHITA COUNTY
## STATE OF OKLAHOMA

**FILED**
DISTRICT COURT
Washita County, Okla.

JUN 1 3 2023

BY: LYNDA VERMILION COURT CLERK
_____
DEPUTY

| | |
|---|---|
| VALERIE EAKINS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. CJ-2023-21 |
| v. | CLASS ACTION |
| WHALECO INC. DBA TEMU, | |
| Defendant. | (JURY TRIAL DEMANDED) |

### ORDER ADMITTING TO PRACTICE

Kathy R. Neal, having filed her Motion to Associate Counsel pursuant to the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S. Ch. 1. App. 1, Art. II, together with a signed Application, Certificate of Good Standing, and the Oklahoma Bar Association Certificate of Compliance; and said Motion having been noticed, no objections having been made, and the Court being fully apprised in the premises, and good cause appearing, it is hereby;

**ORDERED**, that said Motion is hereby granted, and Frank Hedin is hereby admitted to practice in the above styled and numbered cause of action for the purposes of the above entitled matter only.

Dated this __13__ day of __June__, 2023.

_____
The Honorable Judge Jill Carpenter Weedon
Judge of the District Court

Submitted by:

Kathy R. Neal, OBA No. 674
MCAFEE & TAFT
2 W. 2nd Street, Suite 1100
Tulsa OK  74103
Telephone:    918-587-0000
Facsimile:     918-599-9317
Kathy.neal@mcafeetaft.com

*Attorney for Plaintiff*