# EXHIBIT 5

**FILED**
DISTRICT COURT
Washita County, Okla.

JUN 1 3 2023

BY: ~~Lynda Vermillion~~ COURT CLERK
DEPUTY

## IN THE DISTRICT COURT OF WASHITA COUNTY
### STATE OF OKLAHOMA

VALERIE EAKINS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

WHALECO INC. DBA TEMU,

    Defendant.

Case No. CJ-23-21

**CLASS ACTION**

(JURY TRIAL DEMANDED)

### ORDER ADMITTING TO PRACTICE

Kathy R. Neal, having filed her Motion to Associate Counsel pursuant to the Rules Creating and Controlling the Oklahoma Bar Association, 5 O.S. Ch. 1, App. 1, Art. II, together with a signed Application, Certificate of Good Standing, and the Oklahoma Bar Association Certificate of Compliance; and said Motion having been noticed, no objections having been made, and the Court being fully apprised in the premises, and good cause appearing, it is hereby;

**ORDERED,** that said Motion is hereby granted, and Edwin Powell Miller is hereby admitted to practice in the above styled and numbered cause of action for the purposes of the above entitled matter only.

Dated this 13 day of June, 2023.

The Honorable Judge Jill Carpenter Weedon
Judge of the District Court

Submitted by:

Kathy R. Neal, OBA No. 674
MCAFEE & TAFT
2 W. 2nd Street, Suite 1100
Tulsa OK 74103
Telephone:    918-587-0000
Facsimile:     918-599-9317
Kathy.neal@mcafeetaft.com

*Attorney for Plaintiff*