# EXHIBIT 6

## ORIGINAL SUMMONS

**IN THE DISTRICT COURT OF WASHITA COUNTY**
**STATE OF OKLAHOMA**

ISSUED
DISTRICT COURT
WASHITA COUNTY, OKLAHOMA
MAY 25 2023
LYNDA VERMILLION
COURT CLERK
BY: _____

| | |
|---|---|
| VALERIE EAKINS, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. CJ-2023-21 |
| v. | **CLASS ACTION** |
| WHALECO INC. DBA TEMU, | (JURY TRIAL DEMANDED) |
| Defendant. | |

ORIGINAL
RETURN FOR FILING WITH
WASHITA COUNTY COURT CLERK

*Certified Mail*

Whaleco, Inc. DBA TEMU
31 St. James Avenue, Suite 355
Boston, Massachusetts 02116

To the above-named Defendant(s)

You have been sued by the above named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this 25 day of May, 2023.

County Court Clerk

By _____
Deputy Court Clerk

(Seal)

This summons and order was served on _____.

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

**Return ORIGINAL for filing.**

### PERSONAL SERVICE

I certify that I received the foregoing Summons the _____ day of _____, 2023, and that I delivered a copy of said Summons with a copy of the Petition to the following named defendant personally in _____ County, _____ at the address and on the date set forth opposite each name, to-wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| | | |
| | | |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing Summons on the _____ day of _____, 2023, and that on _____, I served _____ by leaving a copy of said summons with a copy of the attached Petition at _____, which is his/her dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

### NOT FOUND

Received this Summons this _____ day of _____ ,2023.  I certify that the following persons of the defendant within named not found in said County: _____.

### FEES

Fee for service $_____, Mileage $_____, Total $_____
Dated this _____ day of *, 2023.

By: _____
Sheriff of _____ County, _____

### AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this Summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

_____
Sheriff of _____ County, _____

Subscribed to and sworn to before me this _____ day of _____, 2023.
My Commission Expires: _____

_____
Seal                              Notary Public

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition to the following named defendant at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 2023, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| | | |
| | | |

_____
Signature of person mailing summons