# EXHIBIT 7

OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>WASHITA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| EAKINS, VALERIE VS. WHALECO INC DBA TEMU | No. CJ-2023-00021<br>(Civil relief more than $10,000: CLASS ACTION)<br><br>Filed: 05/25/2023<br><br>Judge: WEEDON, JILL C |

# PARTIES

EAKINS, VALERIE, Plaintiff
WHALECO INC DBA TEMU, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| COOPER, MARY QUINN OBA #11966 | |
| RAVINDRAN, ARUN G | |
| HEDIN, FRANK S | |
| MITCHELL, GREGORY A | |
| MILLER, E. POWELL | |
| NEAL, KATHY R.<br>TWO WEST SECOND ST STE 1100<br>TULSA, OK 74103 | |

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, September 1, 2023 | | | |
|    CIV TRACKING | | | |

# ISSUES

1. CLASS ACTION

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 05/25/2023 | [ TEXT ] | | | $ 163.00 |
| | | PETITION | | |
| | | Document Available (#1012534065) 🗎TIFF  📄PDF | | |
| | | (Entry with fee only) | | $ 6.00 |
| | | (Entry with fee only) | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFF. 07/01/04 | | $ 25.00 |
| | | LENGTHY TRIAL FUND FEE | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | $ 0.16 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | $ 0.45 |
| | | COURTHOUSE SECURITY FEE | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK RECOLVING FUND | | $ 1.00 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | $ 2.48 |
| | | COURT CLERK PRESERVATION FUND | | $ 10.00 |
| 05/25/2023 | [ TEXT ] | | | $ 10.00 |
| | | ISSUING SUMMONS - WHALECO, INC DBA TEMU (RET'D TO ATTY) | | |
| | | Document Available (#1012534064) 🗎TIFF  📄PDF | | |
| 06/12/2023 | [ TEXT ] | | | |
| | | MOTION TO ASSOCIATE COUNSEL (FRANK HEDIN) | | |
| | | Document Available (#1015045148) 🗎TIFF  📄PDF | | |
| 06/12/2023 | [ TEXT ] | | | |
| | | MOTION TO ASSOCIATE COUNSEL (EDWIN POWERLL MILLER) | | |
| | | Document Available (#1015045044) 🗎TIFF  📄PDF | | |
| 06/13/2023 | [ TEXT ] | | | |
| | | ORDER ADMITTING TO PRACTICE (FRANK HEDIN) | | |
| | | Document Available (#1015048162) 🗎TIFF  📄PDF | | |

06/13/2023 [ TEXT ] ORDER ADMITTING TO PRACTICE (EDWIN POWELL MILLER)
Document Available (#1015048156) TIFF  PDF