# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VALERIE EAKINS, individual and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO INC. d/b/a TEMU,<br><br>Defendant. | Case No: CIV-23-560-J<br><br>Class Action |

## EXHIBIT 2

## CONSENT FORM

